UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                   Case No. 6:04 CR 60122-1-AA

JOSHUA MATTHEW MACIEJEWSKI,

          Defendant.

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On March 22, 2005, the defendant appeared before the now retired Hon. Michael R. Hogan, for sentencing following his plea of guilty to 2 counts of Bank Robbery. He was sentenced to (70) months custody followed by a (2) year term of supervised release, upon the standard and special conditions. On December 18, 2013, this court revoked the defendant's term of supervised release. The defendant was sentenced to time served followed by a (2) term year of reimposed supervised released. The reimposed term of supervised release commenced on December 18, 2013.

On January 16, 2014, this court issued a petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 1

On February 4, 2014, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by possessing or using controlled substances. The government dismissed the allegation pertaining to Standard Condition No. 2.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(3). A Grade C violation coupled with the defendant's Criminal History Category of V, produces a suggested imprisonment range of 7 to 13 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued .

All other conditions and terms of supervised release previously imposed shall remain in full force and effect and the following new conditions:

1. The defendant shall reside in and satisfactorily participate in a Residential Reentry Center(RRC) to include a prerelease component, if determined appropriate by the RRC manager and the probation officer for up to (120) days or until discharged by the RRC manager and the probation officer. The defendant will remain in custody pending a placement at the RRC no later than April 1, 2014.
2. The defendant shall participate in mental health services including while in custody.
3. The defendant shall sit in on Reentry Court as directed by his probation officer.
4. A status hearing will be held on Tuesday, April 1, 2014 at 2:00pm.

Dated this 18 day of February, 2014.

_____
**ANN AIKEN**
**United States District Judge**

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 2