S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
WILLIAM E. FITZGERALD, OSB #915151
Assistant United States Attorney
bud.fitzgerald@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Facsimile: (541) 465-6917
      Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 6: 04-CR-60122-AA |
| Plaintiff, | GOVERNMENT'S NOTICE OF |
| v. | ATTORNEY REASSIGNMENT |
| JOSHUA MATTHEW MACIEJEWSKI, | |
| Defendant. | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and William E. Fitzgerald, Assistant United States Attorney, respectfully notifies the Court that the above-entitled matter has been reassigned from Assistant United States Attorney Sean B. Hoar to Assistant United States Attorney William E. Fitzgerald.

DATED this 7th day of May 2014.

      S. AMANDA MARSHALL
      United States Attorney


      /s/William E. Fitzgerald
      WILLIAM E. FITZGERALD
      Assistant United States Attorney